GRANITE SAVINGS BANK & TRUST COMPANY v. MATHILDA WEINBERG and Others.[1]

Oct. 10, 1895.

Nos. 9574—(160).

Appeal—Record.

When there is an appeal from an order denying a motion for a new trial, and it does not appear from the record that any such order was made, the appeal should be dismissed.

Appeal by certain defendants from an order of the district court for St. Louis county, denying their motion for a new trial, and also from an order, Lewis, J., denying their motion to amend the findings. Dismissed.

O. L. Young and W. C. McAdam, for appellants.

J. A. Hanks, for respondent.

BUCK, J. The defendants appeal from an order denying their motion for a new trial, but, as there is no record showing that the court below ever made any such order, the appeal is dismissed.

[1] Reported in 64 N. W. 380.